UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

     - v. -                               :          <u>INDICTMENT</u>

EDY ALBERTO CABREJA-FIGUEROA,               :          07 Cr. \_\_\_\_
    a/k/a "Eddie Cabreja,"
    a/k/a "Heriberto Bruno,"                07 CRIM. 628
    a/k/a "Eddie Abrera,"
                      :

        Defendant.                         :

- - - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

     The Grand Jury charges:

     On or about January 18, 2007, in the Southern District
of New York, EDY ALBERTO CABREJA-FIGUEROA, a/k/a "Eddie Cabreja,"
a/k/a "Heriberto Bruno," a/k/a "Eddie Abrera," the defendant,
being an alien, unlawfully, willfully, and knowingly, did enter,
and was found in, the United States, after having been deported
and removed from the United States subsequent to a conviction for
the commission of an aggravated felony, to wit, a conviction on
or about August 8, 1991, in the United States District Court for
the Southern District of New York, for racketeering in violation
of Title 18, United States Code, Section 1962(c), and without





having obtained the express consent of the Attorney General of

the United States, or his successor, the Secretary for Homeland

Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**EDY ALBERTO CABREJA-FIGUEROA,**
**a/k/a "Eddie Cabreja,"**
**a/k/a "Heriberto Bruno,"**
**a/k/a "Eddie Abrera,"**

**Defendant.**

## INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

7/11/07 filed Indictment. Case assigned to judge
Stein. s/mag. judge Cap