# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

August 20, 2007

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**BY FACSIMILE**

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: **United States v. Edy Cabreja-Figueroa**
     No. 07 Cr. 628 (NRB)
     **Request for Adjournment, on Consent**

Dear Judge Stein:

At the first pretrial conference in this case, the Court directed that any pretrial motions be filed by August 23, 2007, and scheduled a conference for that afternoon. I am planning to file a motion pursuant to 8 U.S.C. § 1326(d) on Mr. Cabreja-Figueroa's behalf but, due to the complexity of the issues, need approximately two weeks' additional time to complete it. Accordingly, I am writing to respectfully request that the Court extend the motion deadline until Friday, September 7, 2007, and that the Court re-schedule the conference for that day or a date convenient to the Court shortly thereafter.

I have spoken with Assistant United States Attorney Antonia Apps, who consents to the requested adjournment. In addition, the defense consents to an exclusion of time under the Speedy Trial Act until the adjourned date.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Antonia Apps

*[Handwritten memo endorsement:] 8/20/07 Motion deadline extended to 9/7/07; conference from 8/23/07 until 9/7/07 at 2 p.m. Time excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) from 8/20/07 until 9/7/07. The ends of justice outweigh the interests of the public + the def. in a speedy trial. So ordered. /s/ [Judge] 7/5/05*

TOTAL P.002