```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

   - v. -                  :  ORDER

EDY ALBERTO CABREJA-FIGUEROA,             :
 a/k/a "Eddie Cabreja,"                  07 Cr. 628 (SHS)
 a/k/a "Heriberto Bruno,"              :
 a/k/a "Eddie Abrera,"
                :
    Defendant.
                :
- - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 27, 2007;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
     12/11, 2007

                     THE HONORABLE SIDNEY H. STEIN
                     UNITED STATES DISTRICT JUDGE